UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATASHA KNOX,

                Plaintiff,

– against –

CRC MANAGEMENT CO., LLC, CLEAN RITE CLEANERS-3353 BOSTON RD., LLC, 4352 BRONX BLVD LAUNDROMAT, LLC, CECILIA ASHMEADE, individually, and KEN FERRIS, individually,

                Defendants.

**ORDER**

20 Civ. 4073 (ER)

Ramos, D.J.:

**THIS MATTER** having been brought before the Court by Jeremi L. Chylinski, Esq., of the law firm of Gordon & Rees, LLP, attorneys for Defendants CRC Management Co., LLC, Clean Rite Centers, LLC (incorrectly named as "Clean Rite Centers-3533 Boston Road, LLC"), 3533 Boston Road, LLC, 4352 Bronx Boulevard Laundromat, LLC, Cecilia Ashmeade, and Ken Ferris, upon an application for an Order to be relieved as counsel for Cecilia Ashmeade and Ken Ferris, and the Court having considered the papers and arguments of counsel, and for good cause having been shown;

**IT IS** on this 13th day of January 2022, **ORDERED** that:

1. Jeremi L. Chylinski, Esq. and the law firm of Gordon & Rees, LLP be and are hereby relieved as counsel for the Defendants Cecilia Ashmeade and Ken Ferris in the above captioned manner;

2. Defendants Cecilia Ashmeade and Ken Ferris are directed to have new counsel enter an appearance, or advise the Court that they will proceed *pro se* by February 3, 2022;

3. Mr. Chylinski is directed to serve copies of this Order to Ms. Ashmeade and Mr. Ferris forthwith.

Dated:  January 13, 2022
        New York, New York

                                                Edgardo Ramos, U.S.D.J.