UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NATASHA KNOX,

                Plaintiff,                    20 CIVIL 4073 (ER)

       -against-                       **JUDGMENT**

CRC MANAGEMENT CO., LLC, CLEAN RITE
CENTERS- 3553 BOSTON RD., LLC, 4352 BRONX
BLVD. LAUNDROMAT, LLC, CECILIA
ASHMEADE, *individually*, and KEN FERRIS,
*individually*,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 3, 2023, Clean Rite's motion for summary judgment is GRANTED in its entirety, and Knox's motion to strike Defendants Ashmeade's and Ferris' answers is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
        January 3, 2023

                                                            **RUBY J. KRAJICK**

                                                                           Clerk of Court

                              **BY:**

                                                                           **Deputy Clerk**