JEREMI L. CHYLINSKI
JCHYLINSKI@GRSM.COM



ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GORDONREES.COM

September 24, 2025

**BY ECF**

Hon. Valerie Figueredo
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, New York 10007
FigueredoNYSDChambers@nysd.uscourts.gov

  Re: **Natasha Knox v. Clean Rite Centers, LLC, et al.**
     **Case No. 20-CV-04073**

Dear Judge Figueredo:

  This firm represents Defendants CRC Management Co., LLC, Clean Rite Centers, LLC (incorrectly named as "Clean Rite Centers-3533 Boston Road, LLC"), 3533 Boston Road, LLC, and 4352 Bronx Boulevard Laundromat, LLC in this matter. We write with Plaintiff's consent to respectfully request an adjournment to the settlement conference scheduled for Tuesday, September 30, 2025 at 10:30 a.m. The reasons for this request are two-fold. First, the parties have actively engaged in settlement discussions and are close to achieving a settlement. Second, Defendants' representative is now unavailable on September 30 due to an unforeseen medical issue.

  The parties conferred and here offer the following alternative dates for a conference: October 8, 9, 14 - 15, and 17. We thank Your Honor for her attention to this matter.

Respectfully submitted,

GORDON & REES

*/s Jeremi L. Chylinski*

Jeremi L. Chylinski, Esq.

---

**MEMO ENDORSED**

*[Signature]*
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: September 25, 2025**

The settlement conference scheduled for September 30, 2025 is hereby adjourned. The parties are directed to file a status update on settlement by **October 30, 2025**. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 74.