UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATASHA KNOX,

          Plaintiff,

     – against –

CRC MANAGEMENT CO., LLC, CLEAN
RITE CENTERS-3533 BOSTON RD., LLC,
4352 BRONX BLVD. LAUNDROMAT, LLC,
CECILIA ASHMEADE, KEN FERRIS,

          Defendants.

**ORDER**

20-cv-04073 (ER)

Ramos, D.J.:

The Court having been advised that all claims asserted herein have been settled, it is

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either

party, subject to reopening should the settlement not be consummated **within sixty (60) days** of

the date hereof.

Any application to reopen must be filed **within sixty (60) days** of this Order; any

application to reopen filed thereafter may be denied solely on that basis.  Further, the parties are

advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing

any settlement agreement, they must submit the settlement agreement to the Court **within the**

**next sixty (60) days** with a request that the agreement be "so ordered" by the Court.

     SO ORDERED.

Dated:   January 21, 2026
         New York, New York

_____
     Edgardo Ramos, U.S.D.J.